FILED
2014 MAY 30 PM 3:52
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RIVERA et al<br><br>   *Plaintiffs*<br><br>v.<br><br>UNITED STATES OF AMERICA<br>   *Defendant* | CIVIL ACTION NO.<br>12-CV-338-JRN |

## FINAL JUDGMENT

The Court has reviewed and considered the Parties' Joint Stipulation of Dismissal. The parties have informed the Court that they have settled all matters and controversies between them, and move the Court to dismiss with prejudice the above entitled and styled cause of action.

**IT IS THEREFORE ORDERED** that the claims made in the above-entitled and styled cause of action is dismissed with prejudice, with each party bearing their own costs and fees.

SIGNED this 30th day of May, 2014.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE